

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Deutsche Bank Trust Company, N. A. a/k/a
Deutsche Bank National Trust Company,
Appellant

No. 06-13-00003-CV      v.

Kenneth W. Hall and Roberta Hall,
Appellees

Appeal from the 402nd Judicial District
Court of Wood County, Texas (Tr. Ct. No.
2012-474). Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees, Kenneth W. Hall and Roberta Hall, pay all costs of this appeal.

RENDERED MAY 7, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk